IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case # 14-35790 |
| Michael G Nastepniak | Chapter 7 |
| Debtor. | Honorable Bruce W. Black |

## CERTIFICATE OF SERVICE

      I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on June 6, 2016.

Cindy M. Johnson                                         /s/ Cindy M. Johnson
140 S. Dearborn St.
Suite 1510
Chicago, IL 60603
312-345-1306

## SERVICE LIST

**Electronic Mail Notice List**

- Chester H. Foster    chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

**Manual Notice List**

| | |
|---|---|
| Michael G. Nastepniak<br>24551 S. 80th Ave.<br>Frankfort, IL 60423 | ALTA Equipment Co.<br>Galaxy Lift Division<br>209 E Corning Ave.<br>Peotone, IL 60468 |
| Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Atlas & Leviton<br>950 Milwaukee Ave<br>224<br>Glenview, IL 60025 |
| Ally Financial<br>Attn: Bankruptcy Po Box 130424<br>Roseville, MN 55113 | Auto Owners Insurance<br>c/o Teller Levit & Silvertrust, P.C<br>19 S. LaSalle St., Ste. 701<br>Chicago, IL 60603 |

Cco Mortgage Corp.
10561 Telegraph Rd
Glen Allen, VA 23059

Charter One
PO Box 42010
Providence, RI 02940-2010

Creditors Collection B
755 Almar Pkwy
Bourbonnais, IL 60914

Deck Bright, Inc.
966 Lambrecht Road
Frankfort, IL 60423

Eternally Green Lawn Care
966 Lambrecht Road
Frankfort, IL 60423

Gleason & Elfering
1246 Karl Ct.
Wauconda, IL 60084

Homestar Bank & Financial Services
Commercial Loan Dept.
303 Section Line Rd.
Manteno, IL 60950

Homestar Bank and Financial Services
3 Diversatech Dr
Manteno, IL 60950

Leilani Nastepniak
24551 S. 80th Ave.
Frankfort, IL 60423

M. Gingerich, Gereaux & Associates
25620 Gougar Road
Manhattan, IL 60442

Mike's Decorating
966 Lambrecht Road
Frankfort, IL 60423

Pekin Insurance Co.
3 Golf Road, Ste. 353
Hoffman Estates, IL 60169

PPG Accounts Receivable
317 N. Main Street
Pueblo, CO 81003

Sherwin Williams
c/o Teller Levit & Silvertrust, P.C
19 S. LaSalle St., Ste. 701
Chicago, IL 60603

Td Bank Usa/Target Cred
Po Box 673
Minneapolis, MN 55440

US Department of Labor
Wage and Hour Division
P.O. Box 2638
Chicago, IL 60690-2638

Village of Frankfort
432 W. Nebraska Street
Frankfort, IL 60423