# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
§
Michael G Nastepniak § Case No. 14-35790
§
Debtor §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Cindy M. Johnson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 6,800.00 *(Without deducting any secured claims)* | Assets Exempt: 28,475.41 |
| Total Distributions to Claimants: 19,061.14 | Claims Discharged Without Payment: 902,362.39 |
| Total Expenses of Administration: 3,938.86 | |

3) Total gross receipts of $ 23,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 23,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,938.86 | 3,938.86 | 3,938.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 892,432.83 | 526,864.05 | 526,864.05 | 19,061.14 |
| **TOTAL DISBURSEMENTS** | $ 892,432.83 | $ 530,802.91 | $ 530,802.91 | $ 23,000.00 |

4) This case was originally filed under chapter 7 on 10/01/2014. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2017          By: /s/Cindy M. Johnson
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Account Receivable from Loan to Mike's Refinishing Inc. | 1221-000 | 15,500.00 |
| Fraudulent Transfer Recovery | 1241-000 | 7,500.00 |
| TOTAL GROSS RECEIPTS | | $23,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 3,050.00 | 3,050.00 | 3,050.00 |
| Cindy M. Johnson | 2200-000 | NA | 10.70 | 10.70 | 10.70 |
| Adams Levine | 2300-000 | NA | 14.85 | 14.85 | 14.85 |
| Bank of Kansas City | 2600-000 | NA | 409.73 | 409.73 | 409.73 |
| Alan D. Lasko & Associates, P.C. | 3320-000 | NA | 1.78 | 1.78 | 1.78 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | NA | 451.80 | 451.80 | 451.80 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,938.86 | $ 3,938.86 | $ 3,938.86 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial Attn: Bankruptcy Po Box 130424 Roseville, MN 55113 | | 5,169.00 | NA | NA | 0.00 |
| | ALTA Equipment Co. Galaxy Lift Division 209 E Corning Ave. Peotone, IL 60468 | | 620.48 | NA | NA | 0.00 |
| | Auto Owners Insurance c/o Teller Levit & Silvertrust, PC 1699 E. Woodfield Rd., Ste. 360A | | 3,813.47 | NA | NA | 0.00 |
| | Cco Mortgage Corp. 10561 Telegraph Rd Glen Allen, VA 23059 | | 250,000.00 | NA | NA | 0.00 |
| | Cco Mortgage Corp. 10561 Telegraph Rd Glen Allen, VA 23059 | | 320,592.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charter One PO Box 42010 Providence, RI 02940-2010 | | 11,216.00 | NA | NA | 0.00 |
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | 5,275.00 | NA | NA | 0.00 |
| | Gleason & Elfering 1246 Karl Ct. Wauconda, IL 60084 | | 210.00 | NA | NA | 0.00 |
| | M. Gingerich, Gereaux & Associates 25620 Gougar Road Manhattan, IL 60442 | | 5,275.00 | NA | NA | 0.00 |
| | Pekin Insurance Co. 3 Golf Road, Ste. 353 Hoffman Estates, IL 60169 | | 1,912.88 | NA | NA | 0.00 |
| | PPG Accounts Receivable 317 N. Main Street Pueblo, CO 81003 | | 7,900.19 | NA | NA | 0.00 |
| | Td Bank Usa/Target Cred Po Box 673 Minneapolis, MN 55440 | | 899.00 | NA | NA | 0.00 |
| | US Department of Labor Wage and Hour Division P.O. Box 2638 Chicago, IL 60690-2638 | | 17,501.40 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Village of Frankfort 432 W. Nebraska Street Frankfort, IL 60423 | | 15.06 | NA | NA | 0.00 |
| 2 | Homestar Bank And Financial Services | 7100-000 | 134,368.91 | 208,026.91 | 208,026.91 | 7,056.15 |
| 3 | Homestar Bank And Financial Services | 7100-000 | NA | 192,669.89 | 192,669.89 | 3,741.44 |
| 4 | Homestar Bank And Financial Services | 7100-000 | 105,442.00 | 105,492.04 | 105,492.04 | 6,909.39 |
| 1 | Sherwin Williams | 7100-000 | 22,222.44 | 20,675.21 | 20,675.21 | 1,354.16 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 892,432.83 | $ 526,864.05 | $ 526,864.05 | $ 19,061.14 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-35790 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson |
|---|---|---|---|---|---|---|
| Case Name: | Michael G Nastepniak | | | | Date Filed (f) or Converted (c): | 10/01/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/30/2014 |
| For Period Ending: | 03/11/2017 | | | | Claims Bar Date: | 07/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking -Providence Bank, 20220 S. Lagrange Rd., Frankfort | 200.00 | 0.00 | | 0.00 | FA |
| 2. Miscellaneous Household Goods And Furnishings. | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Personal Clothing. | 200.00 | 0.00 | | 0.00 | FA |
| 4. Cash Surrender In Life Insurance Policy. Great American Life | 16,816.16 | 0.00 | | 0.00 | FA |
| 5. Stifek Prestige Account, Michael Nastepniak Custodian For Au | 1,989.08 | 0.00 | | 0.00 | FA |
| 6. Ira At Lpl Financial Llc, 9785 Towne Centre Dr, San Diego, C | 3,070.17 | 0.00 | | 0.00 | FA |
| 7. 2006 Infiniti Qx56 4D Sport Utility (@112,000 Miles) | 12,000.00 | 0.00 | | 0.00 | FA |
| 8. Account Receivable from Loan to Mike's Refinishing Inc.  (u) | 15,500.00 | 15,500.00 | | 15,500.00 | FA |
| 9. Fraudulent Transfer Recovery (u) | 0.00 | 7,500.00 | | 7,500.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $50,775.41    $23,000.00    $23,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR entered 6/3/16, will be preparing TDR shortly.

RE PROP #    7 --  This is not an asset of the estate.  Vehicle was transferred to wife before filing, for a sufficiently equivalent value.

RE PROP #    9 --  1/11/16 Trustee settled fradulent transfer recovery/settlement with debtor's wife, subject to court approval.  Approvd 4/29/16 (doc. 36)

Initial Projected Date of Final Report (TFR): 04/30/2016    Current Projected Date of Final Report (TFR): 03/30/2016

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-35790 | Trustee Name: Cindy M. Johnson |
| Case Name: Michael G Nastepniak | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0055 |
| | Checking |
| Taxpayer ID No: XX-XXX0749 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/22/15 | 8 | Mikes Refinishing Corporation Drywall<br>966 Lambrecht Dr.<br>Ste A<br>Frankfort, IL 60423-1918 | Account Receivable<br>Share Purchase for Mikes Refinishing Corporation | 1221-000 | $15,500.00 | | $15,500.00 |
| 04/22/15 | 9 | Mikes Refinishing Corporation<br>966 Lambrecht Dr.<br>Ste A<br>Frankfort, IL 60423-1918 | Fraudulent transfer recovery/settlement from wife | 1241-000 | $7,500.00 | | $23,000.00 |
| 04/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $22,990.00 |
| 05/15/15 | 101 | Adams Levine<br>Surety Bond Agency<br>60 East 42 st<br>Room 965<br>New York, NY 10165 | 2015 Blanket Bond | 2300-000 | | $5.51 | $22,984.49 |
| 05/29/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.17 | $22,950.32 |
| 06/04/15 | 101 | Adams Levine<br>Surety Bond Agency<br>60 East 42 st<br>Room 965<br>New York, NY 10165 | 2015 Blanket Bond Reversal<br>Trustee previously paid bond premium out of pocket. | 2300-000 | | ($5.51) | $22,955.83 |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.01 | $22,922.82 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.07 | $22,888.75 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.01 | $22,854.74 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.87 | $22,821.87 |

Page Subtotals: $23,000.00    $178.13

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-35790 | Trustee Name: Cindy M. Johnson |
| Case Name: Michael G Nastepniak | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0055 |
| | Checking |
| Taxpayer ID No: XX-XXX0749 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.92 | $22,787.95 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.77 | $22,755.18 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.82 | $22,721.36 |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.67 | $22,687.69 |
| 02/18/16 | 102 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond Reversal Check Voided due to miscalculation of premium amount | 2300-000 | | ($13.14) | $22,700.83 |
| 02/18/16 | 102 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $13.14 | $22,687.69 |
| 02/18/16 | 103 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $14.85 | $22,672.84 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.45 | $22,641.39 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.55 | $22,607.84 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.42 | $22,575.42 |
| 07/01/16 | 105 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal was meant to be for alan lasko for costs | 3320-000 | | ($1.78) | $22,577.20 |

| | | | | Page Subtotals: | $0.00 | $244.67 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-35790 | Trustee Name: Cindy M. Johnson |
| Case Name: Michael G Nastepniak | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0055 |
| | Checking |
| Taxpayer ID No: XX-XXX0749 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/01/16 | 104 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Distribution | | | | $3,060.70 | $19,516.50 |
| | | Cindy M. Johnson | Final distribution representing a payment of 100.00 % per court order. | ($3,050.00) | 2100-000 | | | |
| | | Cindy M. Johnson | Final distribution representing a payment of 100.00 % per court order. | ($10.70) | 2200-000 | | | |
| 07/01/16 | 105 | Clerk, U.S. Bankruptcy Court | Remit to Court | | 3320-001 | | $1.78 | $19,514.72 |
| 07/01/16 | 106 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Final distribution representing a payment of 100.00 % per court order. | | 3410-000 | | $451.80 | $19,062.92 |
| 07/01/16 | 107 | Sherwin Williams<br>C/O Teller Levit & Silverquist. P.C<br>19 S. Lasalle St., Ste. 701<br>Chicago, Il 60603 | Final distribution to claim 1 representing a payment of 6.55 % per court order. | | 7100-000 | | $1,354.16 | $17,708.76 |
| 07/01/16 | 108 | Homestar Bank And Financial Services<br>3 Diversatech Dr<br>Manteno, Il 60950 | Distribution | | | | $17,706.98 | $1.78 |
| | | Homestar Bank And Financial Services | Final distribution to claim 2 representing a payment of 6.55 % per court order. | ($7,056.15) | 7100-000 | | | |
| | | Homestar Bank And Financial Services | Final distribution to claim 3 representing a payment of 6.55 % per court order. | ($3,741.44) | 7100-000 | | | |
| | | Homestar Bank And Financial Services | Final distribution to claim 4 representing a payment of 6.55 % per court order. | ($6,909.39) | 7100-000 | | | |
| 07/01/16 | 109 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | final distribution check | | 3320-000 | | $1.78 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | | COLUMN TOTALS | $23,000.00 | $23,000.00 |
| | | Page Subtotals: | $0.00 | $22,577.20 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

|  | | | |
|---|---|---|---|
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $23,000.00 | $23,000.00 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $23,000.00 | $23,000.00 |

| | | | |
|---|---|---|---|
| Page Subtotals: | | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0055 - Checking | $23,000.00 | $23,000.00 | $0.00 |
|  | $23,000.00 | $23,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $23,000.00 |
| Total Gross Receipts: | $23,000.00 |

Page Subtotals:    $0.00    $0.00